In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-367 CR


____________________



JORGE AVILA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 67944






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Jorge Avila, to withdraw
his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally, acting pro se following withdrawal of appellate counsel after filing a brief
which certifies counsel could find no arguable error upon which to base an appeal. No
opinion has issued in this appeal. The appellant requests immediate issuance of the
mandate. Tex. R. App. P. 18.1(c).

 The motion to withdraw as counsel is GRANTED. Jorge Avila is enrolled pro se. 
It is further ORDERED that the motion to withdraw notice of appeal be GRANTED and
the appeal is therefore DISMISSED. The Clerk of the Court shall forward a duplicate
copy of this Order to the clerk of the court in which the notice of appeal was filed. The
mandate shall issue immediately.

 PER CURIAM


Opinion Delivered March 20, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.